United States District Court
Southern District of Texas

**ENTERED**

February 24, 2017

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 4:16-CR-00408 |
| vs. | ) | |
| ANDREW IAN FARMER AND THOMAS GALEN MASSEY, | ) | JURY TRIAL DEMANDED |
| Respondents. | ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO DISCLOSE PROMISES
OF FAVORABLE TREATMENT OR THREATS OF PROSECUTION
MADE TO GOVERNMENT WITNESSES**

Before the Court is Defendant's Motion to Disclose Promises of Favorable Treatment or

Threats of Prosecution Made to Government Witnesses (the 'Motion"). The Court finds that the

~~Motion is well taken and therefore grants the requested relief.~~ *disclosure of*

*specific promises must be disclosed, but not internal*

~~IT IS, THEREFORE, ORDERED that Defendant's Motion to Disclose Promises of~~

~~Favorable Treatment or Threats of Prosecution Made to Government Witnesses is GRANTED.~~

*memoranda or reports the motion is granted*

*in part*

SIGNED this 24th day of Feb, 2017.

_____
Vanessa D. Gilmore
United States District Judge

2904238_1.DOCX

**ORDER GRANTING DEFENDANT'S MOTION TO DISCLOSE
PROMISES OF FAVORABLE TREATMENT OR THREATS OF PROSECUTION
MADE TO GOVERNMENT WITNESSES – Solo Page**