1          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3   _____
                                            )
4   UNITED STATES OF AMERICA                )
                                            ) CRIMINAL ACTION NO.
5   VS.                                     ) 4:16-CR-408-2
                                            )
6   THOMAS GALEN MASSEY                      ) 9:58 A.M.
    _____)

7

8                        SENTENCING
         BEFORE THE HONORABLE VANESSA D. GILMORE
9               UNITED STATES DISTRICT JUDGE
                    OCTOBER 12, 2021
10
    APPEARANCES:
11
    **FOR PLAINTIFF:**
12  MR. JUSTIN R. MARTIN
    United States Attorney's Office
13  1000 Louisiana, Suite 2300
    Houston, Texas  77002
14  (713)567-9000

15  **FOR DEFENDANT:**
    MR. MIKE DEGEURIN, SR.
16  MR. GEORGE MICHAEL DEGEURIN, JR.
    Foreman, DeGeurin, DeGeurin
17  300 Main Street, 3rd Floor
    Houston, Texas  77002
18  (713)655-9000

19  **COURT REPORTER:**
    Heather Alcaraz, CSR, FCRR, RMR
20  Official Court Reporter
    515 Rusk, Suite 8004
21  Houston, Texas  77002
    (713)250-5584

22

23

24  Proceedings recorded by mechanical stenography, transcript
    produced by computer.
25

09:58:39  1            **THE COURT:**  United States of America versus Thomas

2     Massey.

09:58:40  3            For the United States?

09:58:45  4            **MR. MARTIN:**  Justin Martin.

09:58:48  5            **THE COURT:**  Mr. Martin.

09:58:48  6            For the defendant?

09:58:50  7            **MR. DEGEURIN, SR.:**  Mike DeGeurin, Your Honor.

09:59:05  8            **THE COURT:**  Hi, Mr. DeGeurin.  Where is Mr. Massey?

09:59:05  9        *(Defendant approaches.)*

09:59:05 10            **THE COURT:**  All right.  We are here this morning for

11     sentencing.

09:59:10 12            Mr. Martin, have you seen the presentence

13     investigation report and the addendum to that report?

09:59:21 14            **MR. MARTIN:**  Yes, Your Honor.

09:59:22 15            **THE COURT:**  And, Mr. DeGeurin, did you and your client

16     get a chance to review the presentence investigation report and

17     the addendum to that report?

09:59:30 18            **MR. DEGEURIN, SR.:**  Yes, Your Honor.

09:59:31 19            **THE COURT:**  Then the presentence investigation report

20     and the addendum will be placed into the record under seal.  In

21     the event there is any appeal of this case, the only portion

22     that will not be disclosed will be that portion that contains a

23     sentencing recommendation from the probation department to the

24     Court.

09:59:44 25            There were no objections by the United States or by

1    the defendant.

2              Mr. DeGeurin, did you find any factual inaccuracies

3    that could have an impact on sentencing?

4              **MR. DEGEURIN, SR.:**  No, Your Honor.

5              **THE COURT:**  All right.  Then -- then the Court adopts

6    the presentence investigation report and the addendum; finds

7    that the statutory range of punishment is not more than five

8    years; supervised release not more than three years; fine not

9    more than $250,000; restitution $1,126,816.49; special

10   assessment is $100.

11             Under the sentencing guidelines, based on a total

12   offense level of 27 and a criminal history category of one,

13   provides for a guideline range of 60 months by statute;

14   supervised release term is one to three years; fine range is

15   12,500 to 125,000; restitution is $1,126,816.49; and special

16   assessment is $100.

17             All right.  The United States has filed a motion for

18   downward departure.  Mr. Martin, do you want to be heard on

19   that?

20             **MR. MARTIN:**  Your Honor, I -- I, basically, stated the

21   reasons in the motion.  I'll just rely on the motion.  The --

22   the defendant's substantial assistance was of a nature that I

23   feel that he deserves a sentence of probation.

24             **THE COURT:**  Okay.  So help me understand this, because

25   when you were here with -- for Mr. Grobson [sic], you told me he

1   was the least culpable of this entire conspiracy, and Mr. Grob

2   got 12 months and a day.

10:01:33   3           **MR. MARTIN:**  Because he --

10:01:33   4           **THE COURT:**  So tell me how -- wait, wait.  I'm in the

5   middle of a sentence.  So here's the Court's policy:  Nobody

6   gets less time than the least culpable person.  That's my

7   policy.  So how are you here asking for probation for someone

8   that's more culpable than the man who got 12 months and a day?

10:01:49   9           **MR. MARTIN:**  Because Mr. Grob did not cooperate.

10:01:52   10           **THE COURT:**  Okay.

10:01:59   11           **MR. MARTIN:**  And Mr. Massey cooperated before Grob was

12   even charged, and it was because of Massey's cooperation that

13   Grob (indiscernible) --

10:02:06   14           **THE COURT:**  You know what?  Give me some -- a little

15   relief on the mask right now because I can barely understand

16   you.

10:02:11   17           **MR. MARTIN:**  I'm sorry.  I said Massey was --

18   cooperated before Grob was even charged --

10:02:16   19           **THE COURT:**  Uh-huh.

10:02:16   20           **MR. MARTIN:**  -- and it was because of Massey's

21   cooperation that Grob was able to be charged and four of the

22   other defendants.

10:02:23   23           **THE COURT:**  Oh, okay.  Okay.  Everybody else --

24   everybody else, you say, got charged because of Massey?

10:02:30   25           **MR. MARTIN:**  Other -- except for Andrew Farmer, who

1   was charged in the same indictment as Massey, Massey's

2   cooperation led to -- I mean, there were -- Eddie Austin,

3   Carolyn Austin, Scott Sieck, and John Brotherton were all

4   partners --

10:02:46   5            **THE COURT:**  Uh-huh.

10:02:46   6            **MR. MARTIN:**  -- in the organization, and they were not

7   charged in the original indictment because we didn't have

8   sufficient evidence against them.  But because of Massey's

9   cooperation, they were able to be charged.

10:02:58   10           Also, the only pump-and-dump scheme that was charged

11   in the original indictment was Chimera Energy --

10:03:03   12           **THE COURT:**  Right.  That's the one -- that's why the

13   1 million for Mr. Massey.

10:03:06   14           **MR. MARTIN:**  But because of Massey's cooperation, we

15   identified 11 other pump-and-dump schemes that they had been

16   involved with and were able to include those in the indictment,

17   and there was one -- Valmie Resources, that was active when

18   Massey was cooperating, and because of his cooperation, we were

19   able to get the SEC to shut down trading in that -- in that

20   stock --

10:03:36   21           **THE COURT:**  Okay.

10:03:36   22           **MR. MARTIN:**  -- so that there were no more victims of

23   that stock --

10:03:39   24           **THE COURT:**  I see.

10:03:40   25           **MR. MARTIN:**  -- and that was also included in the

1    indictment.  So the cooperation was very substantial.

10:03:45  2          **THE COURT:**  Okay.  And Mr. Grob didn't provide any

3    cooperation?

10:03:48  4          **MR. MARTIN:**  None.  None at all.

10:03:49  5          **THE COURT:**  Nothing at all?

10:03:50  6          **MR. MARTIN:**  Correct.

10:03:50  7          **THE COURT:**  All right.  The government's motion is

8    granted.  The Court will take it into consideration in

9    determining what it believes to be the appropriate sentence in

10   this case.

10:03:58  11         All right.  Mr. DeGeurin, would you like to speak on

12   behalf of your client, please?

10:04:02  13         **MR. DEGEURIN, SR.:**  Briefly, Your Honor.  I filed a

14   sentencing memorandum --

10:04:05  15         **THE COURT:**  I got it yesterday.

10:04:06  16         **MR. DEGEURIN, SR.:**  You got it, okay.  It's a short

17   one.

10:04:08  18         **THE COURT:**  Short.  And the letters as well.

10:04:09  19         **MR. DEGEURIN, SR.:**  Okay.  Thank you, Judge.  I need

20   to change it.  I said he was 49 years old.  He's 51 years old.

10:04:17  21         **THE COURT:**  Okay.  I don't even -- I didn't even catch

22   that.  I -- only women lie about their age, Mr. DeGeurin.

10:04:29  23         **MR. DEGEURIN, SR.:**  So we go back to the cooperation.

10:04:31  24         **THE COURT:**  Uh-huh.

10:04:31  25         **MR. DEGEURIN, SR.:**  The prosecutor said 25 to 30 times

1    we met.  I was with Mr. Massey when we met.

10:04:40   2          **THE COURT:**  Okay.

10:04:42   3          **MR. DEGEURIN, SR.:**  And Mr. Massey provided

4    information to the government, in addition to the questions they

5    were asking him, which involves the prosecution of many more

6    schemes.  So I cannot tell you how -- how good friends, now,

7    Mr. Martin and I am because of these meetings, but --

10:05:08   8          **THE COURT:**  A lot of meetings, huh?

10:05:10   9          **MR. DEGEURIN, SR.:**  A lot of meetings.  That was

10   before the pandemic.

10:05:13  11          **THE COURT:**  Oh, I got you.  Oh, yeah, because this has

12   been going on for a minute.

10:05:16  13          **MR. DEGEURIN, SR.:**  Yeah.  So I don't have much more

14   to add --

10:05:20  15          **THE COURT:**  Okay.

10:05:20  16          **MR. DEGEURIN, SR.:**  -- other than his -- his wife is

17   here, Judge, in the courtroom.

10:05:28  18          **THE COURT:**  Uh-huh.

10:05:29  19          **MR. DEGEURIN, SR.:**  But his daughter graduated from

20   North Texas -- his children are very, very important to him, and

21   she graduated from North Texas University this year and got

22   married, and his son is -- has been accepted to college in --

23   this isn't -- Birmingham?

10:05:54  24      *(Sotto voce discussion between defense counsel.)*

10:05:54  25          **MR. DEGEURIN, SR.:**  In Montebello [sic], which is near

1    Birmingham, and these were what he's been dedicating his -- his

2    finances to and his time.

10:06:07  3          So --

10:06:08  4          **THE COURT:**  Yeah.  I have one of those little broke

5    best friends, too.

10:06:13  6          **MR. DEGEURIN, SR.:**  Okay.  So his financial

7    situation -- because of the cooperation, he received threats --

10:06:25  8          **THE COURT:**  Uh-huh.

10:06:25  9          **MR. DEGEURIN, SR.:**  -- from codefendants that have now

10   pled guilty.  He lost his job.  He lost his job that's in the

11   presentence report, and the letter from the reverend speaks

12   about he works like an auto mechanic at this time.  So he

13   doesn't have a lot of money.

10:06:54  14         **THE COURT:**  So how we paying this money judgment?

15   This just a piece of paper?

10:06:58  16         **MR. DEGEURIN, SR.:**  Well, that's -- well, I don't want

17   to call it a piece of paper because we agreed to it back when he

18   was doing well and working for the ranch -- the hunting ranch.

19   But you have some discretion about how he pays for that, Judge,

20   and on want you to take into consideration.  He doesn't have

21   much money left, and -- so please take that in consideration.

10:07:30  22         I would like you to --

10:07:31  23         **THE COURT:**  What -- this money judgment is agreed,

24   though, right?

10:07:34  25         **MR. DEGEURIN, SR.:**  I know.

10:07:34  1          THE COURT:  Okay.  I just want to make sure.  It

2  sounded like you were arguing against the money judgment.

10:07:38  3          MR. DEGEURIN, SR.:  No.  It's just that --

10:07:40  4          MR. DEGEURIN, JR.:  I put something in his ear about a

5  fine.  I said, "Ask the judge not to impose a fine."

10:07:45  6          THE COURT:  Oh, oh, oh, oh.  Okay.  I just wanted to

7  make sure because I mean, obviously, if there's a money judgment

8  of this amount, a fine's kind of off the table.  So I was trying

9  to make sure we weren't arguing against a money judgment because

10  I assumed that this was --

10:07:56 11          MR. DEGEURIN, JR.:  No.  That was me putting a whisper

12  in his ear right before we stood up to make sure that -- to ask

13  for no fine so that all money could go towards the --

10:08:05 14          THE COURT:  The restitution.  I got you.  Okay.  Good

15  deal.  I just want to make sure because --

10:08:09 16          MR. DEGEURIN, SR.:  And you see, Judge, your son is

17  better than you are and for good reasons.  So --

10:08:18 18          THE COURT:  Time for us old dinosaurs to get out the

19  way, huh?  Okay.

10:08:23 20          MR. DEGEURIN, SR.:  So that's all I have to say,

21  Judge.

10:08:24 22          THE COURT:  All right.  Mr. Massey, here's the only

23  thing that bothers me:  I looked at your statement for

24  acceptance of responsibility, and what you said was -- and this

25  was a quote -- "I came to realize that those I had worked with

1    were intentionally misleading potential investors."  What does

2    that mean, "I came to realize"?  You were there for four years.

10:08:40 3           THE DEFENDANT:  (Inaudible.)

10:08:42 4           MR. DEGEURIN, SR.:  What did you mean by that?

10:08:43 5           THE COURT:  What?

10:08:44 6           THE DEFENDANT:  I can't hear --

10:08:44 7           THE COURT:  You can't hear me at all?

10:08:47 8           THE DEFENDANT:  I can hear you now perfectly.

10:08:48 9           THE COURT:  You said, in your statement for acceptance

10   of responsibility -- you were there for four years, and you

11   wrote, "I came to realize that those I worked with were

12   intentionally misleading potential investors."  When did you

13   come to realize it, on your one, two, three, four -- it took you

14   four years to realize that?

10:09:04 15          THE DEFENDANT:  Yes, ma'am.  They were very -- and

16   what we -- the group, the organization I was working with, you

17   can -- the partners were very, very -- not forthcoming on what

18   was going on behind the scenes.

10:09:17 19          THE COURT:  Uh-huh.

10:09:17 20          THE DEFENDANT:  We didn't know -- like I, personally,

21   did not know that they owned and controlled all the shares of

22   stocks in these companies when they started.

10:09:24 23          THE COURT:  Uh-huh.

10:09:25 24          THE DEFENDANT:  I was under the impression that this

25   was a legitimate job -- consulting job that I was doing with

1    these people, the reason being was because one of them was my

2    father's -- one of my father's best friends.  He was an attorney

3    from Lake Charles, and I believed him when he told me that, Hey,

4    we're doing everything above board.

10:09:46   5    It took a while for me to understand what was really

6    going on because, I mean, we weren't -- the other employees

7    weren't included in meetings about the sale of the stocks.

10:09:56   8    **THE COURT:**  Okay.

10:09:57   9    **THE DEFENDANT:**  We were on the front side where we

10   were basically going -- they were asking us to basically monitor

11   what the CEOs were doing, make sure they were doing their jobs,

12   make sure the day-to-day stuff -- paying their bills, making

13   sure that they were filing their reports in a timely manner and

14   not getting behind on any of that stuff.  We weren't privy to

15   what was going on in the back end.

10:10:19  16    **THE COURT:**  Okay.

10:10:20  17    **THE DEFENDANT:**  I had actually resigned a year --

18   almost a year before I was indicted from this group.

10:10:23  19    **THE COURT:**  Right.  In 2015, right?

10:10:26  20    **THE DEFENDANT:**  I believe that was the time, yes,

21   ma'am --

10:10:28  22    **THE COURT:**  Yeah.

10:10:28  23    **THE DEFENDANT:**  -- and I was indicted in 2016.

10:10:29  24    **THE COURT:**  Okay.  And so you didn't figure it out

25   until right at the end, is what you're saying?

10:10:33 1    THE DEFENDANT:  Yes, ma'am, because every- -- the

2    wheels were starting to come off the bus.  So -- per se.

3    Partners were arguing amongst each other -- or Mr. Farmer,

4    Mr. Austin, Mr. Sieck, you know -- he would come into town from

5    Florida, and it would -- it was just so crazy and hectic at the

6    time because I guess they weren't selling as much stock.  They

7    were having companies getting shut down by the SEC, and it

8    was -- I guess it was strenuous on them, and that's how they

9    started letting us know more about what was going on.

10:11:05 10    THE COURT:  Okay.  Anything else you want to say for

11    yourself, then, please, sir?

10:11:10 12    THE DEFENDANT:  One thing I'd like to do is apologize

13    to the people that were defrauded in this investment, as well as

14    I'd like to apologize to my family and friends.  It's -- it's

15    been -- it's been rough on me, and I know it's been rough on

16    other people as well, and I just -- I pray for leniency, and I

17    hope that by me doing the -- what I thought was the right thing

18    by bringing these other people to justice and helping and

19    working with the U.S. attorney and helping him understand more

20    about the other companies that were involved, that, hopefully,

21    that -- I was trying to right a wrong.

10:11:46 22    THE COURT:  All right.  All right.

10:11:47 23    THE DEFENDANT:  And I -- that -- I apologize to the

24    Court, ma'am, for wasting y'all's time, but I thank y'all for

25    being here for me.

10:11:54  1          **THE COURT:**  Anything else from the United States?

10:11:55  2          **MR. MARTIN:**  Nothing further.

10:11:57  3          **THE COURT:**  Okay.

10:11:57  4          All right.  The Court will state the sentence at this

          5  time.  The lawyers will have a final opportunity to make any

          6  objections before the sentence is finally imposed.

10:12:22  7          It is the judgment of this Court that the defendant,

          8  Thomas Massey, is hereby sentenced to a term of three years of

          9  probation.  The defendant is before this Court having entered a

         10  plea of guilty to conspiracy to commit wire fraud.  The criminal

         11  scheme perpetrated by the defendant and his accomplices centered

         12  on securities fraud that defrauded investors of their money by

         13  fraudulently manipulating the market price and demand for

         14  various microcap securities, commonly referred to as "penny

         15  stocks," which, after inflated, were dumped for financial gain.

10:13:13 16          The defendant and his accomplices profited, and the

         17  investors lost millions of dollars.  Massey's involvement in

         18  this case lasted from about May of 2011 until August of 2015

         19  while he was an employee of the group.  He was paid a salary by

         20  the group of approximately $5,000 per month when he joined;

         21  ultimately increased to approximately $10,000 per month.

10:13:42 22          He was a handler for the CEOs of the companies

         23  controlled by this group and would relay instruction from the

         24  partners to the CEOs and keep the CEOs on track to meet their

         25  targets for the story arcs written by codefendant Brother- --

1    Brotherton so that the group could keep a steady flow of press

2    releases going out to maintain public demand for the stock that

3    the group was selling.  Massey is responsible for defrauding

4    investors of a total loss in this conspiracy of $6,907,995.10.

10:14:18  5          In this case, the United States has filed a motion for

6    downward departure under 5K1.1.  The defendant has, in the

7    context of that motion, met with the government over 25 times to

8    provide significant information regarding the other one, two,

9    three, four, five -- six codefendants in this case.

10:14:54  10         While the Court was initially concerned about his

11   culpability as it -- compared to that of codefendant Charles

12   Grob, the United States has pointed out that Mr. Grob did not

13   provide any assistance to the United States in this case and

14   that all of the remaining indictments and the termination of the

15   stock-trading platform by the SEC were the result of

16   Mr. Massey's cooperation and assistance to the United States.

10:15:28  17         The motion for 5K was granted, and the Court imposes a

18   sentence of probation believing that the defendant's cooperation

19   makes that sentence compliant with the purposes of the framework

20   of 18, U.S.C., Section 3553.

10:15:48  21         Upon release from imprisonment, the defendant shall be

22   placed on supervised release -- I mean, while on probation, I'm

23   sorry.  While on probation, the defendant shall not commit

24   another federal, state, or local crime, shall comply with the

25   mandatory conditions of supervision as approved by the judicial

1    conference and adopted by this Court and any other mandatory

2    conditions required by law, including the following additional

3    conditions:  You must provide the probation office with access

4    to any requested financial information and authorize the release

5    of financial information.  The probation office can share that

6    financial information with the U.S. Attorney's Office.

10:16:23   7    You must not incur any new credit charges or open

8    additional lines of credit without approval of the probation

9    office.  The defendant must also submit to substance abuse

10   testing to determine if you have used a prohibited substance and

11   pay the costs of testing, if financially able to do so.

10:16:45   12    The defendant is prohibited from employment in any

13   fiduciary role during the term of supervision.

10:16:52   14    The defendant must pay restitution in the amount of

15   $1,126,816.49 due and owing to the victims listed in the

16   attachment to the addendum in the PSR in this case.  This amount

17   is due jointly and severally with all codefendants under this

18   docket number.  It is further ordered the defendant shall pay to

19   the United States a special assessment of $100 due and payable

20   immediately.  The Court finds that the defendant does not have

21   the ability to pay a fine.  The Court will waive the imposition

22   of a fine in this case.

10:17:26   23    The criminal monetary penalties are due as follows:

24   The defendant shall begin payment immediately to be paid in

25   monthly installments of no less than $500 per month to commence

1  30 days after the start of the term of probation.  Payment is to

2  be paid through the United States District Clerk's Office,

3  Southern District of Texas.

10:18:04  4       Was there a forfeiture order in this, other than

5  this -- the money judgment, Mr. Martin?

10:18:09  6       **MR. MARTIN:**  The money judgment is the forfeiture.

10:18:11  7       **THE COURT:**  Okay.  I just want to make sure.

10:18:13  8       Do you have -- know of any reason why the sentence

9  should not be imposed as stated?

10:18:17 10       **MR. MARTIN:**  No, Your Honor.

10:18:17 11       **THE COURT:**  Mr. DeGeurin, do you know of any reason

12  why the sentence should not be imposed as stated?

10:18:22 13       **MR. DEGEURIN, SR.:**  No, Your Honor.

10:18:22 14       **THE COURT:**  All right.  Then the sentence is imposed

15  as stated.  Mr. Massey, you can appeal your conviction if you

16  believe your guilty plea was somehow unlawful or involuntary or

17  if you think that there was some other fundamental defect in the

18  proceedings that was not waived by you; however, a defendant can

19  waive his right to appeal as part of a plea agreement.  You

20  waived your right to appeal.  That waiver is generally

21  enforceable.

10:18:41 22       If you think your waiver is unenforceable for some

23  reason, you can present that theory to the Court of Appeals.

24  With few exceptions, any notice of appeal must be filed within

25  15 days of the date the judgment is entered in this case.  If

1    you're without funds to hire an attorney to represent you, you

2    can apply to the Court for in forma pauperis status and counsel

3    will be appointed for you.  Do you understand me, sir?

10:18:59  4         **THE DEFENDANT:**  Yes, ma'am.

10:19:00  5         **THE COURT:**  All right.  The Court signed the order

6    imposing the money judgment, which I understand is unopposed.

10:19:05  7         Correct, Mr. DeGeurin?

10:19:08  8         **MR. DEGEURIN, SR.:**  That's correct, Judge.

10:19:08  9         **THE COURT:**  Anything else from the United States?

10:19:10  10        **MR. MARTIN:**  The United States moves to dismiss the

11   remaining counts, and I --

10:19:14  12        **THE COURT:**  Okay.  You got an order for me, too?

10:19:16  13        **MR. MARTIN:**  Yes, Your Honor.

10:19:17  14        *(Document handed to the Court.)*

10:19:22  15        **THE COURT:**  Remaining Counts 1 and 10 through 14, and

16   16 through 17 are dismissed.

10:19:46  17        And anything else from the defense, then?

10:19:49  18        **MR. DEGEURIN, SR.:**  No, Your Honor.

10:19:49  19        **THE COURT:**  All right.  Thank you, guys.

10:19:52  20        **MR. DEGEURIN, SR.:**  Thank you.

21        *(Proceedings concluded at 10:19 a.m.)*

22                          -o0o-

23        I certify that the foregoing is a correct transcript

24   from the record of proceedings in the above matter.

25   Date:  November 4, 2021     */s/ Heather Alcaraz*
                                  Signature of Court Reporter

**MR. DEGEURIN, JR.: [2]**
9/3 9/10
**MR. DEGEURIN, SR.:
[26]**
**MR. MARTIN: [20]**
**THE COURT: [60]**
**THE DEFENDANT: [14]**
10/2 10/5 10/7 10/14 10/19
10/23 11/8 11/16 11/19
11/22 11/25 12/11 12/22
17/3

**$**

**$1,126,816.49 [3]**  3/9 3/15
15/15
**$10,000 [1]**  13/21
**$100 [3]**  3/10 3/16 15/19
**$250,000 [1]**  3/9
**$5,000 [1]**  13/20
**$500 [1]**  15/25
**$6,907,995.10 [1]**  14/4

**-**

**-o0o [1]**  17/22

**/**

**/s [1]**  17/25

**1**

**1 million [1]**  5/13
**10 [1]**  17/15
**1000 [1]**  1/13
**10:19 [1]**  17/21
**11 [1]**  5/15
**12 [3]**  1/9 4/2 4/8
**12,500 [1]**  3/15
**125,000 [1]**  3/15
**14 [1]**  17/15
**15 [1]**  16/25
**16 [1]**  17/16
**17 [1]**  17/16
**18 [1]**  14/20

**2011 [1]**  13/18
**2015 [2]**  11/19 13/18
**2016 [1]**  11/23
**2021 [2]**  1/9 17/25
**2300 [1]**  1/13
**25 [2]**  6/25 14/7
**250-5584 [1]**  1/21
**27 [1]**  3/12

**3**

**30 [2]**  6/25 16/1
**300 [1]**  1/17
**3553 [1]**  14/20
**3rd [1]**  1/17

**4**

**49 [1]**  6/20
**4:16-CR-408-2 [1]**  1/5

**5**

**51 [1]**  6/20
**515 [1]**  1/20
**5584 [1]**  1/21
**567-9000 [1]**  1/14
**5K [1]**  14/17
**5K1.1 [1]**  14/6

**6**

**60 [1]**  3/13
**655-9000 [1]**  1/18

**7**

**713 [3]**  1/14 1/18 1/21
**77002 [3]**  1/13 1/17 1/21

**8**

**8004 [1]**  1/20

**9**

**9000 [2]**  1/14 1/18
**9:58 [1]**  1/6

**A**

**a.m [2]**  1/6 17/21
**ability [1]**  15/21

**abbe [5]**  4/21 5/9 5/16 5/19
15/11
**above [2]**  11/4 17/24
**abuse [1]**  15/9
**acceptance [2]**  9/24 10/9
**accepted [1]**  7/22
**access [1]**  15/3
**accomplices [2]**  13/11
13/16
**ACTION [1]**  1/4
**active [1]**  5/17
**actually [1]**  11/17
**add [1]**  7/14
**addendum [5]**  2/13 2/17
2/20 3/6 15/16
**addition [1]**  7/4
**additional [2]**  15/2 15/8
**adopted [1]**  15/1
**adopts [1]**  3/5
**after [2]**  13/15 16/1
**against [3]**  5/8 9/2 9/9
**age [1]**  6/22
**agreed [2]**  8/17 8/23
**agreement [1]**  16/19
**Alcaraz [2]**  1/19 17/25
**AMERICA [2]**  1/4 2/1
**amongst [1]**  12/3
**amount [3]**  9/8 15/14 15/16
**Andrew [1]**  4/25
**another [1]**  14/24
**anything [4]**  12/10 13/1
17/9 17/17
**apologize [3]**  12/12 12/14
12/23
**appeal [5]**  2/21 16/15 16/19
16/20 16/24
**Appeals [1]**  16/23
**APPEARANCES [1]**  1/10
**apply [1]**  17/2
**appointed [1]**  17/3
**approaches [1]**  2/9
**appropriate [1]**  6/9
**approval [1]**  15/8
**approved [1]**  14/25

## A

**approximately [2]** 13/20 13/21
**arcs [1]** 13/25
**arguing [3]** 9/2 9/9 12/3
**ask [2]** 9/5 9/12
**asking [3]** 4/7 7/5 11/10
**assessment [3]** 3/10 3/16 15/19
**assistance [3]** 3/22 14/13 14/16
**assumed [1]** 9/10
**attachment [1]** 15/16
**attorney [3]** 11/2 12/19 17/1
**Attorney's [2]** 1/12 15/6
**August [1]** 13/18
**Austin [3]** 5/2 5/3 12/4
**authorize [1]** 15/4
**auto [1]** 8/12

## B

**back [3]** 6/23 8/17 11/15
**barely [1]** 4/15
**based [1]** 3/11
**basically [3]** 3/20 11/10 11/10
**been [7]** 5/15 7/12 7/22 8/1 12/15 12/15 12/15
**before [8]** 1/8 4/11 4/18 7/10 9/12 11/18 13/6 13/9
**begin [1]** 15/24
**behalf [1]** 6/12
**behind [2]** 10/18 11/14
**being [2]** 11/1 12/25
**believe [2]** 11/20 16/16
**believed [1]** 11/3
**believes [1]** 6/9
**believing [1]** 14/18
**best [2]** 8/5 11/2
**better [1]** 9/17
**between [1]** 7/24
**bills [1]** 11/12
**Birmingham [2]** 7/23 8/1

**board [3]** 11/4
**bothers [1]** 9/23
**Briefly [1]** 6/13
**bringing [1]** 12/18
**broke [1]** 8/4
**Brother [1]** 13/25
**Brotherton [2]** 5/3 14/1
**bus [1]** 12/2

## C

**call [1]** 8/17
**came [3]** 9/25 10/2 10/11
**can't [2]** 10/6 10/7
**can't hear [1]** 10/6
**cannot [1]** 7/6
**Carolyn [1]** 5/3
**case [9]** 2/21 6/10 13/18 14/5 14/9 14/13 15/16 15/22 16/25
**catch [1]** 6/21
**category [1]** 3/12
**centered [1]** 13/11
**CEOs [4]** 11/11 13/22 13/24 13/24
**certify [1]** 17/23
**chance [1]** 2/16
**change [1]** 6/20
**charged [8]** 4/12 4/18 4/21 4/24 5/1 5/7 5/9 5/10
**charges [1]** 15/7
**Charles [2]** 11/3 14/11
**children [1]** 7/20
**Chimera [1]** 5/11
**Clerk's [1]** 16/2
**client [2]** 2/15 6/12
**codefendant [2]** 13/25 14/11
**codefendants [3]** 8/9 14/9 15/17
**college [1]** 7/22
**come [3]** 10/13 12/2 12/4
**commence [1]** 15/25
**commit [2]** 13/10 14/23
**commonly [1]** 13/14
**companies [4]** 10/22 12/7

**compared [1]** 14/11
**compliant [1]** 14/19
**comply [1]** 14/24
**computer [1]** 1/24
**concerned [1]** 14/10
**concluded [1]** 17/21
**conditions [3]** 14/25 15/2 15/3
**conference [1]** 15/1
**consideration [3]** 6/8 8/20 8/21
**conspiracy [3]** 4/1 13/10 14/4
**consulting [1]** 10/25
**contains [1]** 2/22
**context [1]** 14/7
**controlled [2]** 10/21 13/23
**conviction [1]** 16/15
**cooperate [1]** 4/9
**cooperated [2]** 4/11 4/18
**cooperating [1]** 5/18
**cooperation [12]** 4/12 4/21 5/2 5/9 5/14 5/18 6/1 6/3 6/23 8/7 14/16 14/18
**correct [4]** 6/6 17/7 17/8 17/23
**costs [1]** 15/11
**could [3]** 3/3 9/13 14/1
**counsel [2]** 7/24 17/2
**counts [2]** 17/11 17/15
**COURT [20]**
**Court's [1]** 4/5
**courtroom [1]** 7/17
**CR [1]** 1/5
**crazy [1]** 12/5
**credit [2]** 15/7 15/8
**crime [1]** 14/24
**criminal [4]** 1/4 3/12 13/10 15/23
**CSR [1]** 1/19
**culpability [1]** 14/11
**culpable [3]** 4/1 4/6 4/8

## D

**daughter [1]** 7/19
**day [4]** 4/2 4/8 11/12 11/12
**day-to-day [1]** 11/12
**days [2]** 16/1 16/25
**deal [1]** 9/15
**dedicating [1]** 8/1
**defect [1]** 16/17
**defendant [18]**
**defendant's [2]** 3/22 14/18
**defendants [1]** 4/22
**defense [2]** 7/24 17/17
**defrauded [2]** 12/13 13/12
**defrauding [1]** 14/3
**DEGEURIN [12]** 1/15 1/16
   1/16 1/16 2/7 2/8 2/15 3/2
   6/11 6/22 16/11 17/7
**demand [2]** 13/13 14/2
**department [1]** 2/23
**departure [2]** 3/18 14/6
**deserves [1]** 3/23
**determine [1]** 15/10
**determining [1]** 6/9
**didn't [5]** 5/7 6/2 6/21 10/20
   11/24
**dinosaurs [1]** 9/18
**disclosed [1]** 2/22
**discretion [1]** 8/19
**discussion [1]** 7/24
**dismiss [1]** 17/10
**dismissed [1]** 17/16
**DISTRICT [5]** 1/1 1/1 1/9
   16/2 16/3
**DIVISION [1]** 1/2
**docket [1]** 15/18
**Document [1]** 17/14
**does [2]** 10/1 15/20
**doesn't [2]** 8/13 8/20
**doing [6]** 8/18 10/25 11/4
   11/11 11/11 12/17
**dollars [1]** 13/17
**down [2]** 5/19 12/7
**downward [2]** 3/18 14/6
**due [4]** 15/15 15/17 15/19

**dump [2]** 5/10 5/15
**dumped [1]** 13/15
**during [1]** 15/13

## E

**each [1]** 12/3
**ear [2]** 9/4 9/12
**Eddie [1]** 5/2
**else [6]** 4/23 4/24 12/10 13/1
   17/9 17/17
**employee [1]** 13/19
**employees [1]** 11/6
**employment [1]** 15/12
**end [2]** 11/15 11/25
**Energy [1]** 5/11
**enforceable [1]** 16/21
**entered [2]** 13/9 16/25
**entire [1]** 4/1
**even [4]** 4/12 4/18 6/21 6/21
**even -- I [1]** 6/21
**event [1]** 2/21
**every [1]** 12/1
**everybody [2]** 4/23 4/24
**everything [1]** 11/4
**evidence [1]** 5/8
**except [1]** 4/25
**exceptions [1]** 16/24

## F

**factual [1]** 3/2
**family [1]** 12/14
**Farmer [2]** 4/25 12/3
**father's [2]** 11/2 11/2
**FCRR [1]** 1/19
**federal [1]** 14/24
**feel [1]** 3/23
**few [1]** 16/24
**fiduciary [1]** 15/13
**figure [1]** 11/24
**filed [4]** 3/17 6/13 14/5
   16/24
**filing [1]** 11/13
**final [1]** 13/5
**finally [1]** 13/6

**finances [1]** 8/3
**financial [5]** 8/6 13/15 15/4
   15/5 15/6
**financially [1]** 15/11
**find [1]** 3/2
**finds [2]** 3/6 15/20
**fine [7]** 3/8 3/14 9/5 9/5
   9/13 15/21 15/22
**fine's [1]** 9/8
**five [2]** 3/7 14/9
**Floor [1]** 1/17
**Florida [1]** 12/5
**flow [1]** 14/1
**following [1]** 15/2
**follows [1]** 15/23
**foregoing [1]** 17/23
**Foreman [1]** 1/16
**forfeiture [2]** 16/4 16/6
**forma [1]** 17/2
**forthcoming [1]** 10/17
**four [6]** 4/21 10/2 10/10
   10/13 10/14 14/9
**framework [1]** 14/19
**fraud [2]** 13/10 13/12
**fraudulently [1]** 13/13
**friends [4]** 7/6 8/5 11/2
   12/14
**front [1]** 11/9
**fundamental [1]** 16/17
**funds [1]** 17/1
**further [2]** 13/2 15/18

## G

**gain [1]** 13/15
**GALEN [1]** 1/6
**generally [1]** 16/20
**GEORGE [1]** 1/16
**gets [1]** 4/6
**getting [2]** 11/14 12/7
**GILMORE [1]** 1/8
**Give [1]** 4/14
**going [7]** 7/12 10/18 11/6
   11/10 11/15 12/9 14/2
**good [3]** 7/6 9/14 9/17
**got [9]** 4/2 4/8 4/24 6/15

## G

**got...** **[5]**  6/16 7/11 7/21 9/14 17/12
**government** **[2]**  7/4 14/7
**government's** **[1]**  6/7
**graduated** **[2]**  7/19 7/21
**granted** **[2]**  6/8 14/17
**Grob** **[9]**  4/1 4/9 4/11 4/13 4/18 4/21 6/2 14/12 14/12
**Grobson** **[1]**  3/25
**group** **[7]**  10/16 11/8 13/19 13/20 13/23 14/1 14/3
**guess** **[2]**  12/6 12/8
**guideline** **[1]**  3/13
**guidelines** **[1]**  3/11
**guilty** **[3]**  8/10 13/10 16/16
**guys** **[1]**  17/19

## H

**handed** **[1]**  17/14
**handler** **[1]**  13/22
**have** **[14]**  2/12 3/3 5/7 7/13 8/4 8/9 8/13 8/19 8/20 9/20 13/5 15/10 15/20 16/8
**having** **[2]**  12/7 13/9
**he** **[19]**
**he's** **[2]**  6/20 8/1
**hear** **[3]**  10/6 10/7 10/8
**heard** **[1]**  3/18
**Heather** **[2]**  1/19 17/25
**hectic** **[1]**  12/5
**help** **[1]**  3/24
**helping** **[2]**  12/18 12/19
**here** **[5]**  2/10 3/25 4/7 7/17 12/25
**here's** **[2]**  4/5 9/22
**hereby** **[1]**  13/8
**Hey** **[1]**  11/3
**Hi** **[1]**  2/8
**him** **[4]**  7/5 7/20 11/3 12/19
**hire** **[1]**  17/1
**his** **[18]**
**history** **[1]**  3/12
**Honor** **[10]**  2/7 2/14 2/18

17/13 17/18
**HONORABLE** **[1]**  1/8
**hope** **[1]**  12/17
**hopefully** **[1]**  12/20
**HOUSTON** **[4]**  1/2 1/13 1/17 1/21
**however** **[1]**  16/18
**huh** **[9]**  4/19 5/5 6/24 7/8 7/18 8/8 9/19 10/19 10/23
**hunting** **[1]**  8/18

## I

**I'd** **[2]**  12/12 12/14
**I'll** **[1]**  3/21
**I'm** **[3]**  4/4 4/17 14/22
**identified** **[1]**  5/15
**immediately** **[2]**  15/20 15/24
**impact** **[1]**  3/3
**important** **[1]**  7/20
**impose** **[1]**  9/5
**imposed** **[4]**  13/6 16/9 16/12 16/14
**imposes** **[1]**  14/17
**imposing** **[1]**  17/6
**imposition** **[1]**  15/21
**impression** **[1]**  10/24
**imprisonment** **[1]**  14/21
**inaccuracies** **[1]**  3/2
**Inaudible** **[1]**  10/3
**include** **[1]**  5/16
**included** **[2]**  5/25 11/7
**including** **[1]**  15/2
**increased** **[1]**  13/21
**incur** **[1]**  15/7
**indicted** **[2]**  11/18 11/23
**indictment** **[5]**  5/1 5/7 5/11 5/16 6/1
**indictments** **[1]**  14/14
**indiscernible** **[1]**  4/13
**inflated** **[1]**  13/15
**information** **[5]**  7/4 14/8 15/4 15/5 15/6
**initially** **[1]**  14/10

**installments** **[1]**  16/25
**instruction** **[1]**  13/23
**intentionally** **[2]**  10/1 10/12
**investigation** **[4]**  2/13 2/16 2/19 3/6
**investment** **[1]**  12/13
**investors** **[5]**  10/1 10/12 13/12 13/17 14/14
**involuntary** **[1]**  16/16
**involved** **[2]**  5/16 12/20
**involvement** **[1]**  13/17
**involves** **[1]**  7/5
**isn't** **[1]**  7/23

## J

**job** **[4]**  8/10 8/10 10/25 10/25
**jobs** **[1]**  11/11
**John** **[1]**  5/3
**joined** **[1]**  13/20
**jointly** **[1]**  15/17
**JR** **[1]**  1/16
**judge** **[8]**  1/9 6/19 7/17 8/19 9/5 9/16 9/21 17/8
**judgment** **[10]**  8/14 8/23 9/2 9/7 9/9 13/7 16/5 16/6 16/25 17/6
**judicial** **[1]**  14/25
**just** **[9]**  3/21 8/15 9/1 9/3 9/6 9/15 12/5 12/16 16/7
**justice** **[1]**  12/18
**JUSTIN** **[2]**  1/12 2/4

## K

**keep** **[2]**  13/24 14/1
**kind** **[1]**  9/8
**know** **[9]**  4/14 8/25 10/20 10/21 12/4 12/9 12/15 16/8 16/11

## L

**Lake** **[1]**  11/3
**lasted** **[1]**  13/18
**law** **[1]**  15/2
**lawyers** **[1]**  13/5

## L

least [2]  4/1 4/6
led [1]  5/2
left [1]  8/21
legitimate [1]  10/25
leniency [1]  12/16
less [2]  4/6 15/25
letter [1]  8/11
letters [1]  6/18
letting [1]  12/9
level [1]  3/12
lie [1]  6/22
like [7]  6/11 8/12 8/22 9/2 10/20 12/12 12/14
lines [1]  15/8
listed [1]  15/15
little [2]  4/14 8/4
local [1]  14/24
looked [1]  9/23
loss [1]  14/4
lost [3]  8/10 8/10 13/17
lot [3]  7/8 7/9 8/13
Louisiana [1]  1/13

## M

ma'am [5]  10/15 11/21 12/1 12/24 17/4
Main [1]  1/17
maintain [1]  14/2
make [9]  9/1 9/7 9/9 9/12 9/15 11/11 11/12 13/5 16/7
makes [1]  14/19
making [1]  11/12
man [1]  4/8
mandatory [2]  14/25 15/1
manipulating [1]  13/13
manner [1]  11/13
many [1]  7/5
market [1]  13/13
married [1]  7/22
MARTIN [7]  1/12 2/4 2/5 2/12 3/18 7/7 16/5
mask [1]  4/15
MASSEY [15]  1/6 2/2 2/8

7/1 7/3 9/22 13/8 14/3 16/15
Massey's [7]  4/12 4/20 5/1 5/8 5/14 13/17 14/16
matter [1]  17/24
May [1]  13/18
mean [6]  5/2 9/7 10/2 10/4 11/6 14/22
mechanic [1]  8/12
mechanical [1]  1/24
meet [1]  13/24
meetings [4]  7/7 7/8 7/9 11/7
memorandum [1]  6/14
met [3]  7/1 7/1 14/7
MICHAEL [1]  1/16
microcap [1]  13/14
middle [1]  4/5
MIKE [2]  1/15 2/7
million [1]  5/13
millions [1]  13/17
minute [1]  7/12
misleading [2]  10/1 10/12
monetary [1]  15/23
money [12]  8/13 8/14 8/21 8/23 9/2 9/7 9/9 9/13 13/12 16/5 16/6 17/6
monitor [1]  11/10
Montebello [1]  7/25
month [3]  13/20 13/21 15/25
monthly [1]  15/25
months [3]  3/13 4/2 4/8
more [9]  3/7 3/8 3/9 4/8 5/22 7/5 7/13 12/9 12/19
morning [1]  2/10
motion [7]  3/17 3/21 3/21 6/7 14/5 14/7 14/17
moves [1]  17/10
MR [6]  1/12 1/15 1/16 2/8 2/8 16/15
Mr. [25]
Mr. Austin [1]  12/4
Mr. DeGeurin [6]  2/15 3/2

Mr. Farmer [1]  12/3
Mr. Grob [4]  4/1 4/9 6/2 14/12
Mr. Grobson [1]  3/25
Mr. Martin [5]  2/5 2/12 3/18 7/7 16/5
Mr. Massey [5]  4/11 5/13 7/1 7/3 9/22
Mr. Massey's [1]  14/16
Mr. Sieck [1]  12/4
much [3]  7/13 8/21 12/6
must [5]  15/3 15/7 15/9 15/14 16/24
my [4]  4/6 11/1 11/2 12/14

## N

nature [1]  3/22
near [1]  7/25
need [1]  6/19
new [1]  15/7
no [11]  1/4 2/25 3/4 5/22 9/3 9/11 9/13 15/25 16/10 16/13 17/18
Nobody [1]  4/5
None [2]  6/4 6/4
North [2]  7/20 7/21
not [17]  2/22 3/7 3/8 3/8 4/9 5/6 9/5 10/17 10/21 11/14 14/12 14/23 15/7 15/20 16/9 16/12 16/18
Nothing [2]  6/5 13/2
notice [1]  16/24
November [1]  17/25
now [4]  4/15 7/6 8/9 10/8
number [1]  15/18

## O

o0o [1]  17/22
objections [2]  2/25 13/6
obviously [1]  9/7
OCTOBER [1]  1/9
off [2]  9/8 12/2
offense [1]  3/12
office [6]  1/12 15/3 15/5

**office... [3]**  15/6 15/9 16/2
**Official [1]**  1/20
**oh [7]**  4/23 7/11 7/11 9/6 9/6 9/6 9/6
**old [3]**  6/20 6/20 9/18
**one [11]**  3/12 3/14 5/12 5/17 6/17 8/4 10/13 11/1 11/2 12/12 14/8
**only [4]**  2/21 5/10 6/22 9/22
**open [1]**  15/7
**opportunity [1]**  13/5
**order [3]**  16/4 17/5 17/12
**ordered [1]**  15/18
**organization [2]**  5/6 10/16
**original [2]**  5/7 5/11
**other [13]**  4/22 4/25 5/15 7/16 11/6 12/3 12/16 12/18 12/20 14/8 15/1 16/4 16/17
**out [4]**  9/18 11/24 14/2 14/12
**over [1]**  14/7
**owing [1]**  15/15
**owned [1]**  10/21

**P**

**paid [3]**  13/19 15/24 16/2
**pandemic [1]**  7/10
**paper [2]**  8/15 8/17
**part [1]**  16/19
**partners [4]**  5/4 10/17 12/3 13/24
**pauperis [1]**  17/2
**pay [4]**  15/11 15/14 15/18 15/21
**payable [1]**  15/19
**paying [2]**  8/14 11/12
**payment [2]**  15/24 16/1
**pays [1]**  8/19
**penalties [1]**  15/23
**penny [1]**  13/14
**people [4]**  11/1 12/13 12/16 12/18
**per [4]**  12/2 13/20 13/21

**perfectly [1]**  10/8
**perpetrated [1]**  13/11
**person [1]**  4/6
**personally [1]**  10/20
**piece [2]**  8/15 8/17
**placed [2]**  2/20 14/22
**PLAINTIFF [1]**  1/11
**platform [1]**  14/15
**plea [3]**  13/10 16/16 16/19
**please [3]**  6/12 8/21 12/11
**pled [1]**  8/10
**pointed [1]**  14/12
**policy [2]**  4/5 4/7
**portion [2]**  2/21 2/22
**potential [2]**  10/1 10/12
**pray [1]**  12/16
**present [1]**  16/23
**presentence [5]**  2/12 2/16 2/19 3/6 8/11
**press [1]**  14/1
**price [1]**  13/13
**privy [1]**  11/14
**probation [11]**  2/23 3/23 4/7 13/9 14/18 14/22 14/23 15/3 15/5 15/8 16/1
**proceedings [4]**  1/24 16/18 17/21 17/24
**produced [1]**  1/24
**profited [1]**  13/16
**prohibited [2]**  15/10 15/12
**prosecution [1]**  7/5
**prosecutor [1]**  6/25
**provide [4]**  6/2 14/8 14/13 15/3
**provided [1]**  7/3
**provides [1]**  3/13
**PSR [1]**  15/16
**public [1]**  14/2
**pump [2]**  5/10 5/15
**pump-and-dump [2]**  5/10 5/15
**punishment [1]**  3/7
**purposes [1]**  14/19

**putting [1]**  9/11

**Q**

**questions [1]**  7/4
**quote [1]**  9/25

**R**

**ranch [2]**  8/18 8/18
**range [3]**  3/7 3/13 3/14
**realize [5]**  9/25 10/2 10/11 10/13 10/14
**really [1]**  11/5
**reason [4]**  11/1 16/8 16/11 16/23
**reasons [2]**  3/21 9/17
**received [1]**  8/7
**recommendation [1]**  2/23
**record [2]**  2/20 17/24
**recorded [1]**  1/24
**referred [1]**  13/14
**regarding [1]**  14/8
**relay [1]**  13/23
**release [5]**  3/8 3/14 14/21 14/22 15/4
**releases [1]**  14/2
**relief [1]**  4/15
**rely [1]**  3/21
**remaining [3]**  14/14 17/11 17/15
**report [7]**  2/13 2/13 2/16 2/17 2/19 3/6 8/11
**REPORTER [3]**  1/19 1/20 17/25
**reports [1]**  11/13
**represent [1]**  17/1
**requested [1]**  15/4
**required [1]**  15/2
**resigned [1]**  11/17
**Resources [1]**  5/17
**responsibility [2]**  9/24 10/10
**responsible [1]**  14/3
**restitution [4]**  3/9 3/15 9/14 15/14

**R**

**result [1]** 14/15
**reverend [1]** 8/11
**review [1]** 2/16
**right [23]**
**RMR [1]** 1/19
**role [1]** 15/13
**rough [2]** 12/15 12/15
**Rusk [1]** 1/20

**S**

**said [6]** 4/17 6/20 6/25 9/5
9/24 10/9
**salary [1]** 13/19
**sale [1]** 11/7
**same [1]** 5/1
**say [3]** 4/24 9/20 12/10
**saying [1]** 11/25
**scenes [1]** 10/18
**scheme [2]** 5/10 13/11
**schemes [2]** 5/15 7/6
**Scott [1]** 5/3
**se [1]** 12/2
**seal [1]** 2/20
**SEC [3]** 5/19 12/7 14/15
**Section [1]** 14/20
**securities [2]** 13/12 13/14
**see [2]** 5/24 9/16
**seen [1]** 2/12
**selling [2]** 12/6 14/3
**sentence [10]** 3/23 4/5 6/9
13/4 13/6 14/18 14/19 16/8
16/12 16/14
**sentenced [1]** 13/8
**sentencing [6]** 1/8 2/11 2/23
3/3 3/11 6/14
**severally [1]** 15/17
**shall [5]** 14/21 14/23 14/24
15/18 15/24
**share [1]** 15/5
**shares [1]** 10/21
**she [1]** 7/21
**short [2]** 6/16 6/18
**should [2]** 16/9 16/12

**shut [2]** 5/19 2/7
**sic [2]** 3/25 7/25
**side [1]** 11/9
**Sieck [2]** 5/3 12/4
**Signature [1]** 17/25
**signed [1]** 17/5
**significant [1]** 14/8
**sir [2]** 12/11 17/3
**situation [1]** 8/7
**six [1]** 14/9
**some [4]** 4/14 8/19 16/17
16/22
**somehow [1]** 16/16
**someone [1]** 4/7
**something [1]** 9/4
**son [2]** 7/22 9/16
**sorry [2]** 4/17 14/23
**Sotto [1]** 7/24
**sounded [1]** 9/2
**SOUTHERN [2]** 1/1 16/3
**speak [1]** 6/11
**speaks [1]** 8/11
**special [3]** 3/9 3/15 15/19
**SR [1]** 1/15
**start [1]** 16/1
**started [2]** 10/22 12/9
**starting [1]** 12/2
**state [2]** 13/4 14/24
**stated [4]** 3/20 16/9 16/12
16/15
**statement [2]** 9/23 10/9
**STATES [17]** 1/1 1/4 1/9
1/12 2/1 2/3 2/25 3/17 13/1
14/5 14/12 14/13 14/16
15/19 16/2 17/9 17/10
**status [1]** 17/2
**statute [1]** 3/13
**statutory [1]** 3/7
**steady [1]** 14/1
**stenography [1]** 1/24
**stock [5]** 5/20 5/23 12/6
14/2 14/15
**stock-trading [1]** 14/15
**stocks [3]** 10/22 11/7 13/15

**stood [1]** 9/12
**story [1]** 13/25
**Street [1]** 1/17
**strenuous [1]** 12/8
**stuff [2]** 11/12 11/14
**submit [1]** 15/9
**substance [2]** 15/9 15/10
**substantial [2]** 3/22 6/1
**sufficient [1]** 5/8
**Suite [2]** 1/13 1/20
**supervised [3]** 3/8 3/14
14/22
**supervision [2]** 14/25 15/13
**sure [9]** 9/1 9/7 9/9 9/12
9/15 11/11 11/12 11/13 16/7

**T**

**table [1]** 9/8
**take [3]** 6/8 8/20 8/21
**targets [1]** 13/25
**tell [2]** 4/4 7/6
**term [4]** 3/14 13/8 15/13
16/1
**termination [1]** 14/14
**testing [2]** 15/10 15/11
**TEXAS [7]** 1/1 1/13 1/17
1/21 7/20 7/21 16/3
**than [9]** 3/7 3/8 3/9 4/6 4/8
7/16 9/17 15/25 16/4
**thank [4]** 6/19 12/24 17/19
17/20
**that [66]**
**that's [9]** 4/6 4/8 5/12 5/12
8/10 8/16 9/20 12/8 17/8
**that's -- well [1]** 8/16
**their [6]** 6/22 11/11 11/12
11/13 13/12 13/24
**them [3]** 5/8 11/1 12/8
**then [6]** 2/19 3/5 3/5 12/11
16/14 17/17
**theory [1]** 16/23
**there's [1]** 9/7
**these [5]** 7/7 8/1 10/22 11/1
12/18
**they [13]** 5/6 5/9 5/15 7/4

## T

**they... [9]** 10/15 10/21 10/22 11/10 11/11 11/13 12/6 12/6 12/8
**thing [3]** 9/23 12/12 12/17
**think [2]** 16/17 16/22
**this [35]**
**THOMAS [3]** 1/6 2/1 13/8
**those [4]** 5/16 8/4 9/25 10/11
**though [1]** 8/24
**thought [1]** 12/17
**threats [1]** 8/7
**three [5]** 3/8 3/14 10/13 13/8 14/9
**through [3]** 16/2 17/15 17/16
**time [8]** 4/6 8/2 8/12 9/18 11/20 12/6 12/24 13/5
**timely [1]** 11/13
**times [2]** 6/25 14/7
**told [2]** 3/25 11/3
**too [2]** 8/5 17/12
**took [2]** 10/13 11/5
**total [2]** 3/11 14/4
**towards [1]** 9/13
**town [1]** 12/4
**track [1]** 13/24
**trading [2]** 5/19 14/15
**transcript [2]** 1/24 17/23
**trying [2]** 9/8 12/21
**two [2]** 10/13 14/8

## U

**U.S [2]** 12/19 15/6
**U.S.C [1]** 14/20
**Uh [7]** 4/19 5/5 6/24 7/18 8/8 10/19 10/23
**Uh-huh [7]** 4/19 5/5 6/24 7/18 8/8 10/19 10/23
**ultimately [1]** 13/21
**under [5]** 2/20 3/11 10/24 14/6 15/17
**understand [6]** 3/24 4/15

**unenforceable [1]** 16/22
**UNITED [17]** 1/1 1/4 1/9 1/12 2/1 2/3 2/25 3/17 13/1 14/5 14/12 14/13 14/16 15/19 16/2 17/9 17/10
**United States [13]** 2/1 2/3 2/25 3/17 13/1 14/5 14/12 14/13 14/16 15/19 16/2 17/9 17/10
**University [1]** 7/21
**unlawful [1]** 16/16
**unopposed [1]** 17/6
**until [2]** 11/25 13/18
**up [1]** 9/12
**Upon [1]** 14/21
**us [3]** 9/18 11/10 12/9
**used [1]** 15/10

## V

**Valmie [1]** 5/17
**VANESSA [1]** 1/8
**various [1]** 13/14
**versus [1]** 2/1
**very [6]** 6/1 7/20 7/20 10/15 10/17 10/17
**victims [2]** 5/22 15/15
**voce [1]** 7/24

## W

**wait [2]** 4/4 4/4
**waive [2]** 15/21 16/19
**waived [2]** 16/18 16/20
**waiver [2]** 16/20 16/22
**want [7]** 3/18 8/16 8/20 9/1 9/15 12/10 16/7
**wanted [1]** 9/6
**wasting [1]** 12/24
**way [1]** 9/19
**we [17]** 2/10 5/7 5/14 5/18 6/23 7/1 7/1 8/14 8/17 9/9 9/12 10/16 10/20 11/6 11/9 11/9 11/14
**we're [1]** 11/4
**well [6]** 6/18 8/16 8/16 8/18

**were [31]**
**weren't [5]** 9/9 11/6 11/7 11/14 12/6
**wheels [1]** 12/2
**which [4]** 7/5 7/25 13/15 17/6
**while [5]** 11/5 13/19 14/10 14/22 14/23
**whisper [1]** 9/11
**who [2]** 4/8 4/25
**why [3]** 5/12 16/8 16/12
**wife [1]** 7/16
**will [8]** 2/20 2/22 2/22 6/8 13/4 13/5 15/21 17/3
**wire [1]** 13/10
**within [1]** 16/24
**without [2]** 15/8 17/1
**women [1]** 6/22
**worked [2]** 9/25 10/11
**working [3]** 8/18 10/16 12/19
**works [1]** 8/12
**would [5]** 6/11 8/22 12/4 12/5 13/23
**written [1]** 13/25
**wrong [1]** 12/21
**wrote [1]** 10/11

## Y

**y'all [1]** 12/24
**y'all's [1]** 12/24
**yeah [4]** 7/11 7/13 8/4 11/22
**year [3]** 7/21 11/17 11/18
**years [9]** 3/8 3/8 3/14 6/20 6/20 10/2 10/10 10/14 13/8
**yes [7]** 2/14 2/18 10/15 11/20 12/1 17/4 17/13
**yesterday [1]** 6/15
**you [55]**
**you're [2]** 11/25 17/1
**your [20]**
**Your Honor [10]** 2/7 2/14 2/18 3/4 3/20 6/13 16/10 16/13 17/13 17/18

**Y**

**yourself [1]**  12/11